Form a0grmsty

# United States Bankruptcy Court
## Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402−1819

---

In Re: Darrell Wayne Hughes
      Anita C. Hughes
            Debtor(s)

SSN/TAX ID:
    xxx−xx−9946
    xxx−xx−6845

Case No.: 3:09−bk−32721

Chapter: 7

Judge: Guy R Humphrey

---

## ORDER GRANTING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY AND/OR CODEBTOR STAY
### (Creditor)

On August 11, 2009 creditor US Bank, NA filed a motion seeking relief from the automatic stay imposed by 11 U.S.C. §362 and/or codebtor stay imposed by 11 U.S.C. §1201 or §1301.

The movant has filed a certification that complies with Local Bankruptcy Rule 9021−1(a)(1), including a statement that service and notice have been made pursuant to Local Bankruptcy Rules 4001−1(b) and (c) and 9013−3(a) and that no timely response has been filed.

Therefore, under the authority granted by Local Bankruptcy Rules 4001−1(d), 9013−1(e) and 9021−1(a), relief from the stay imposed by 11 U.S.C §362(a) and/or relief from the codebtor stay imposed by 11 U.S.C. §1201 or §1301 is granted.

**IT IS SO ORDERED.**

Dated: September 11, 2009

                        FOR THE COURT:
                        Kenneth Jordan
                        Clerk, U.S. Bankruptcy Court